UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

SEP 1 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT F. KENNEDY, Jr., <br><br>         Plaintiff-Appellant, <br><br> v. <br><br> GOOGLE, LLC, a Delaware corporation; YOUTUBE, LLC, a Delaware corporation, <br><br>         Defendants-Appellees. | No. 23-16141 <br><br> D.C. No. 3:23-cv-03880-TLT <br> Northern District of California, <br> San Francisco <br><br> ORDER |

"Ordinarily, an appeal does not lie from the denial of an application for a temporary restraining order; such appeals are considered premature and are disallowed in the interests of avoiding uneconomical piecemeal appellate review." *Religious Tech. Ctr., Church of Scientology Int'l, Inc. v. Scott*, 869 F.2d 1306, 1308 (9th Cir. 1989) (citation and internal quotation marks omitted); *see also* 28 U.S.C. § 1292(a)(1). This court may therefore lack jurisdiction over this appeal.

Within 21 days, appellant must either file a statement explaining why the appeal should not be dismissed for lack of jurisdiction or move for voluntary dismissal of the appeal. If appellant does not comply with this order, the Clerk will dismiss this appeal under Ninth Circuit Rule 42-1. If appellant files a statement, a response may be filed within 10 days.

Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT