UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT F. KENNEDY, Jr., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> GOOGLE, LLC, a Delaware corporation; YOUTUBE, LLC, a Delaware corporation, <br><br> Defendants-Appellees. | No. 23-16141 <br><br> D.C. No. 3:23-cv-03880-TLT <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The court has received Appellant's emergency motion for an injunction pending appeal. Any response is due September 15, 2023. The optional reply is due September 18, 2023.

The responses must address the court's September 1, 2023 order to show cause.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA111