UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT F. KENNEDY, Jr.,

        Plaintiff - Appellant,

  v.

GOOGLE, LLC, a Delaware corporation and YOUTUBE, LLC, a Delaware corporation,

        Defendants - Appellees.

No. 23-16141

D.C. No. 3:23-cv-03880-TLT
U.S. District Court for Northern California, San Francisco

**ORDER**

This case is RELEASED from the Mediation Program.

        FOR THE COURT:

cl/mediation

        Steven J. Saltiel
        Circuit Mediator