UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT F. KENNEDY, Jr., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> GOOGLE, LLC, a Delaware corporation and YOUTUBE, LLC, a Delaware corporation, <br><br> Defendants - Appellees. | No. 23-16141 <br><br> D.C. No. 3:23-cv-03880-TLT <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered September 20, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT